NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1075

MYRTIS GARNER
VERSUS
BROOKSHIRE BROTHERS, LTD.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 53,159,
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

BILLIE C. WOODARD
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Billie C. Woodard, Oswald A. Decuir, and Billy H. Ezell, Judges.

MOTION TO DISMISS DENIED.

George Arthur Flournoy
Flournoy, Doggett & Losavio
Post Office Box 1270
Alexandria, LA 71309-1270
(318) 487-9858
COUNSEL FOR PLAINTIFF/APPELLEE:
Myrtis Garner

Van Clifton Seneca
Attorney at Law
Post Office Box 3747
Lake Charles, LA 70602-3747
(337) 439-1233
COUNSEL FOR DEFENDANT/APPELLANT:
Brookshire Brothers, Ltd.